CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 20 2008
JOHN F. CORCORAN, CLERK
BY: M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL AKOS MORVA,<br>Petitioner, | )<br>)  Civil Action No. 7:08-cv-00109<br>)<br>)  FINAL ORDER<br>)<br>)  By:  Hon. Jackson L. Kiser<br>)       Senior United States District Judge<br>)<br>) |
| v. | |
| SHERIFF OCTAVIA JOHNSON,<br>Respondent. | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this final Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 20th day of February, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge